RECEIVED
JUL 16 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RICKY GIPSON,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:10-CV-00524 |
| VERSUS | |
| TIM WILKINSON, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Gipson's motion for summary judgment (Doc. 38) is DENIED, that a summary judgment is GRANTED in favor of all defendants, and that Gipson's action is DENIED AND DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Gipson's complaint against Peter Flowers, Jay Tim Morgan, Alfonzo Pacheco, Warden Stevens, Pat Thomas, Jimmy Turner, and Tim Wilkinson is DISMISSED WITHOUT PREJUDICE for lack of service of process.

THUS ORDERED AND SIGNED in Chambers at ___Alexandria___, Louisiana, on this ___16th___ day of ___July___ 2015.

_____
JAMES T. TRIMBLE, JR
UNITED STATES DISTRICT JUDGE